IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TRUSTEES OF THE NATIONAL           *
AUTOMATIC SPRINKLER INDUSTRY
WELFARE FUND, *et al.*,            *

    Plaintiffs,              *     Case No. TJS-19-2297

v.                                 *

PUGET SOUND FIRE PROTECTION,       *
INC.,

    Defendant.
                   *    *    *    *    *    *

## ORDER

On September 13, 2019, Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Because no opposing party has served either an answer or a motion for summary judgment, Plaintiff is permitted to dismiss this action without a Court order.

Accordingly, it is, this 16th day of September, 2019, hereby ordered that the Clerk of Court shall **CLOSE** this case.

                                                                 /s/
                                          Timothy J. Sullivan
                                          United States Magistrate Judge